### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IRENE MURPHY, *et al.*, | : | |
| Plaintiffs, | : | No. 25-cv-6440-JMY |
| | : | |
| vs. | : | |
| | : | |
| PHH MORTGAGE, *et al.*, | : | |
| Defendants. | : | |

### ORDER

**AND NOW,** this 8th day of June 2026, upon consideration of the Motion to Dismiss filed by Defendants PHH Mortgage and Ocwen Loan Servicing, LLC, (Motion to Dismiss, ECF No. 11), it is hereby **ORDERED** that said Motion is **GRANTED** without prejudice to Plaintiffs' ability to reassert claims against PHH Mortgage and Ocwen Loan Servicing, LLC, by filing a second amended complaint within thirty (30) days of the date that this Order is entered on the docket.

It is further **ORDERED** that if Plaintiffs intend to pursue claims against Defendants McGlawn & McGlawn, Inc., and Minnesota, NA, Plaintiffs shall immediately take steps to initiate issuance of summons, so that they can institute service of process on Defendants McGlawn & McGlawn and Minnesota, NA.

**IT IS SO ORDERED.**

BY THE COURT:

　　_/s/ John Milton Younge_
Judge John Milton Younge